Willmore F. Holbrow, III (SB# 169688)
bill_holbrow@bstz.com
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025
Tel: (310) 207-3800
Fax: (310) 820-5988

Attorneys for Plaintiff SPIRIT CLOTHING COMPANY

FILED
2013 FEB 19 PM 3:17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

SPIRIT CLOTHING COMPANY, a California corporation

Plaintiff,

vs.

AFFILIATE MERCHANDISE GROUP LLC, a Missouri Limited Liability Company

Defendant

Case No. CV 13-01190-MWF (MLGx)

**NOTICE OF INTERESTED PARTIES**

In accordance with Local Rule 7.1-1, the undersigned counsel for Plaintiff, SPIRIT CLOTING COMPANY, a California corporation, provides the following listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation:

1. Spirit Clothing Company, a California corporation not publicly traded.

Dated: February 19, 2013

_____
Willmore F. Holbrow, III
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
Attorneys for Plaintiff