AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, a California corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>AFFILIATE MERCHANDISE GROUP, LLC, a Missouri Limited Liability Company<br><br>*Defendant(s)* | Civil Action No. **CV13-01190-MWF (MLGx)** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AFFILIATE MERCHANDISE GROUP, LLC
108 Madison Street
St. Louis, Missouri 63102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Willmore F. Holbrow
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP
12400 Wilshire Boulevard, 7th Floor
Los Angeles, California 90025-1026
Tel: (310) 820-8989
Fax: (310) 820-5988

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 19 2013     MARILYN
                      Signature of Clerk or Deputy Clerk

AO 44b (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AFFILIATE MERCHANDISE GROUP, LLC

was received by me on *(date)* Feb. 19th, 2013 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Affinity Registered Agent and Trust Services, Inc. Agent, by leaving with Karen Stone , who is designated by law to accept service of process on behalf of *(name of organization)* Affiliate Merchandise Group, LLC served at 10:41 a.m. on *(date)* Feb. 20, 2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Feb. 21, 2013

*Server's signature*

Martin L. Huckel
*Printed name and title*

Time Machine Network
1533 Wilshire Blvd., Los Angeles, CA 90017
(213) 975-9850
*Server's address*

Additional information regarding attempted service, etc: