Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
Matthew Troncali, State Bar No. 286677
matt@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Blvd, Suite 950
Santa Monica, CA  90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

Attorneys for Defendant
Affiliate Merchandise Group, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATE MERCHANDISE GROUP, LLC, a Missouri limited liability company,<br><br>Defendant. | Case No. CV 13-01190-MWF (MLG)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: February 20, 2013<br>Current Response Date: March 13, 2013<br>New Response Date: April 12, 2013 |

    Under Central District Local Rule 8-3, Plaintiff Spirit Clothing Company and Defendant Affiliate Merchandise Group, LLC hereby state in support of the stipulation:

    WHEREAS Plaintiff served Defendant with its Complaint on February 20, 2013;

    WHEREAS Defendant's response to the Complaint is due by March 13, 2013;

    WHEREAS Plaintiff has agreed to extend Defendant's time to answer or

otherwise respond by 30 days beyond March 13, 2013 without waiver of any defenses;

WHEREAS Central District Local Rule 8-3 provides that the Court need not approve such an extension;

NOW, THEREFORE, the parties stipulate and agree as follows:

Defendant Affiliate Merchandise Group, LLC will have a 30-day extension to answer or otherwise respond to the Complaint in this action, making Defendant's response to the Complaint due on or before April 12, 2013, without wavier of any defenses.

Dated: March 13, 2013    **NEWMAN DU WORS LLP**

By: */s/ Matthew Troncali*
Derek A. Newman, State Bar No. 190467
Matthew Troncali, State Bar No. 286677

Attorneys for Defendant
Affiliate Merchandise Group, LLC

Dated: March 13, 2013    **BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP**

By: */s/ Willmore F. Holbrow, III*
Willmore F. Holbrow, III (State Bar No. 169688)
Bill_holbrow@bstz.com
1200 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025

Attorney for Plaintiff
Spirit Clothing Company